**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Anthony Scott TAYLOR, Defendant–**
**Appellant.**

**No. 10–30638.**

United States Court of Appeals,
Fifth Circuit.

Feb. 15, 2011.

Camille Ann Domingue, Assistant U.S. Attorney, Brett L. Grayson, Assistant U.S.

<hr />

Attorney, U.S. Attorney's Office, Lafayette, LA, for Plaintiff–Appellee.

Carol B. Whitehurst, Assistant Federal Public Defender, Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Anthony Scott Taylor, Coleman, FL, pro se.

Before HIGGINBOTHAM, GARZA, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Anthony Scott Taylor on appeal has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Taylor has filed a response in which he plainly states his wish to withdraw his appeal. Taylor's motion for voluntary dismissal is GRANTED; counsel's *Anders* motion is DENIED AS MOOT; and the APPEAL IS DISMISSED. *See* FED. R.APP. P. 42(b).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.